## May 11, 1972.

M. P. No. 1772. STATE *v.* RICHARD ANTHONY CALLEI. Petition for writ of certiorari denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant-petitioner.

## May 18, 1972.

M. P. No. 1735. ALLIED BUILDING SYSTEMS, INC. *v.* WESTMINSTER CONSTRUCTION CORP. *et al.* Denial of defendant's motion to dismiss on the grounds (1) that the complaint fails to state a claim upon which relief can be granted and (2) for lack of jurisdiction over the subject matter is interlocutory in nature and not finally dispositive of the case. Absent peculiar circumstances, it is not reviewable prior to final judgment. *Lavallee* v. *Law Leasing Corp.,* 108 R.I. 918, 274 A.2d 167 (1971); *Balme* v. *Gold-Bro., Inc.,* 108 R.I. 930, 277 A.2d 134 (1971). 1 Kent, *R.I. Civ. Prac.,* §56.12. Motion for leave to file petition for writ of certiorari is therefore denied *Jordan, Hanson & Curran, A. Lauriston Parks,* for plaintiff. *Temkin, Merolla & Zurier, Melvin L. Zurier,* for Westminster Construction Corp., First Hartford Realty Corp. *Edwards & Angell, Stephen A. Fanning, Jr.,* for PPG Industries, Inc., intervenor.

M. P. No. 1737. MART REALTY, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Motion for leave to file petition for writ of certiorari is granted. *Tobin, Decof, LeRoy & Silverstein, Michael A. Silverstein,* for petitioner, *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.